**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Paul SCINTO, Sr., a/k/a Chemist,**
**Defendant—Appellant.**

**No. 05–6713.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 24, 2006.

Paul Scinto, Sr., Appellant Pro Se. Mary Jude Darrow, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Scinto seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and his motions for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Scinto has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*